UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DAYMOND HAYWOOD, | : | Case No. 1:18-cv-361 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| C/O FRI, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on June 20, 2018, submitted a Report and Recommendation. (Doc. 4). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), the complaint (Doc. 1-1) is **DISMISSED with prejudice**, with the exception of Plaintiff's Eighth Amendment claims against Defendants Dunlap, Fri, Reiner, Kaut, Esham, and Cool.

**IT IS SO ORDERED.**

Date: 10/3/18

*Timothy S. Black*
Timothy S. Black
United States District Judge