IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| DAYMOND HAYWOOD, | : | Case No. 1:18-cv-361 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| CORRECTIONAL OFFICER FRI, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 41), GRANTING MOTION FOR SUMMARY JUDGMENT (DOC. 36), AND TERMINATING CASE**

The Court has reviewed the Report and Recommendation (Doc. 41) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Defendants' Motion for Summary Judgment (Doc. 36) is **GRANTED** and Defendants' Motion to Dismiss for Lack of Prosecution (Doc. 40) is **DENIED** as moot. The Clerk shall enter judgment in Defendants' favor with prejudice and **TERMINATE** this case on the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE